IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DELIA LUGO, as Personal
Representative of the Estate of
Ruben Lugo, Deceased,

    Plaintiff,

vs.                                          Case No.: 4:08cv245-SPM/WCS

FLORIDA DEPARTMENT OF
CORRECTIONS, an agency of
the State of Florida, P. GUY,
B. TERRELL, NURSE MAGLOIORE,
JOHN DOES; and PRISON HEALTH
SERVICES, INC. (a Florida Corporation),

    Defendants.
_____/

## ORDER EXTENDING TIME TO RESPOND

Upon consideration, Plaintiff's unopposed motion (doc.11) for a 10-day extension of time to respond to the Defendant's Motion to Dismiss is hereby *granted*. Plaintiff shall have up to and including **Wednesday, July 9, 2008**, to file and serve a response to the Motion to Dismiss (doc. 5).

SO ORDERED this thirtieth day of June, 2008.

                                      *s/ Stephan P. Mickle*
                                      Stephan P. Mickle
                                      United States District Judge